UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ALEXIS Z. POPE, b/n/k and Administrator Ad Litem for the Estate of Fawn Zanette Branham, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 1:21-CV-159-TAV-SKL |
| BRADLEY COUNTY, TENNESSEE; QCHC OF TENNESSEE, INC., d/b/a QUALITY CORRECTIONAL HEALTHCARE; ERIC WATSON, individually and in his official capacity; TODD BRADFORD, individually; CAROL EDWARDS, individually; RHIANI RANKIN, individually; EMILY COOK, individually; PAULA SMITH, individually; BRANDIE GRIMM, individually; JOHNNY BATES, M.D., individually; SAM BROWN, N.P, individually; CHARQUETTA NELSON, R.N., individually; NAOMI BAKER-SCHMALTZ, L.P.N., individually; SANDRA KENJERSKI, L.P.N., individually; AMY HUGHES, L.P.N., individually; APRIL TINSLEY, L.P.N., individually; DEBORAH WEBB, L.P.N., individually; AMY FRANKS, N.P., individually; SHEILA FARMER, L.P.N., individually; and TOSHA BOWERS, L.P.N., individually, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

This civil matter is before the Court on the parties' Joint Status Report and Joint Motion

for New Scheduling Order and Trial Date [Doc. 54]. The parties ask for the Court to enter a

new scheduling order and reset the trial date with corresponding extensions of all other deadlines. In support, the parties state that discovery has not been completed.

In light of the parties' agreement, and for good cause shown, the parties' Joint Motion for New Scheduling Order and Trial Date [Doc. 54] is **GRANTED**. It is hereby **ORDERED** that the trial, previously scheduled for April 4, 2023, is **RESCHEDULED** for <u>**Tuesday, February 6, 2024, at 9:00 a.m.**</u> It is further **ORDERED** that the final pretrial conference, previously scheduled for March 28, 2023, is **RESCHEDULED** for <u>**Tuesday, January 30, 2024, at 2:30 p.m.**</u> All unexpired scheduling deadlines, as of the date of the filing of the Joint Motion, **SHALL** be applied as calculated from the new trial date and according to the same time limitations set forth in the Court's original scheduling order [Doc. 22].

**The parties are cautioned that, absent extraordinary circumstances, no further continuances will be granted.**

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>
UNITED STATES DISTRICT JUDGE